**Order entered April 25, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00103-CV

**IN THE INTEREST OF E.D.E.L., A CHILD**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-30070-2020**

### ORDER

This is an accelerated appeal in a parental termination case. On April 7, 2022, we granted Father a ten-day extension of time to file his brief, making it due April 15, 2022. As of today, however, the brief has not been filed. Accordingly, we **ORDER** the brief be filed no later than May 2, 2022. *Because the brief was first due March 16, 2022, we caution Father that failure to comply may result in the Court taking whatever measures it deems necessary to ensure the brief is filed including abating the appeal for the trial court to conduct a hearing to determine if new counsel should be appointed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Piper McGraw, Presiding Judge of the 469th Judicial District Court, and the parties.

/s/     DAVID J. SCHENCK
JUSTICE